# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146655

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MATTHEW TATARIAN, MICHAEL KELLY,
GREGORY TATARIAN, DETROIT LEASING,
INC., and BIMINI PROPERTIES II, INC.,
          Plaintiffs-Appellants,

v

CITY OF DETROIT,
          Defendant-Appellee.

SC: 146655
COA: 309819
Wayne CC: 10-012139-CZ

_____/

        On order of the Court, the application for leave to appeal the December 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        June 25, 2013



                                        Clerk

t0617